IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE #1, ON BEHALF OF THEIR MINOR CHILD, JANE DOE #2, | ) ) ) | No. 3:17-CV-01159 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) | |
| Defendant. | ) ) | |

## AGREED ORDER SUBSTITUTING PARTY

It appearing to the Court, as evidenced by the signatures below, that the Parties agree that Jane Doe #2 is no longer a minor and shall be substituted as the proper party plaintiff in place of Jane Doe, her mother. The parties further agree that the name Jane Doe should be substituted for Jane Doe #2 as the only Plaintiff in this case. The style of this case shall now read "Jane Doe, Plaintiff v. The Metropolitan Government of Nashville and Davidson County, Defendant."

It is so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ J. Brooks Fox*
J. Brooks Fox (#16096)
Attorney for the Metropolitan Government
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375

*/s/ Stephen Crofford*
Stephen Crofford (#12039)
Mary A. Parker (#006016)
5115 Maryland Way
Brentwood, TN 37027
615-244-2445